# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Cynthia Celestin<br><br>    Plaintiff,<br><br>v.<br><br>Credit Protection Association, LP<br><br>    Defendant. | CASE NO.: 08-cv-2564<br><br>JUDGE:  Grady<br><br>Magistrate Judge: Mason<br><br>**REQUEST TO ISSUE SUMMONS** |

TO THE CLERK OF COURT:

Defendant Credit Protection Association, LP has declined to execute a Waiver of Service in this matter.  Please issue the attached Summons and return the same to my attention at the address below.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/Timothy J. Sostrin
    Timothy J. Sostrin
    233 S. Wacker
    Sears Tower, Suite 5150
    Chicago, IL 60606
    Tel: 866.339.1156
    Fax: 312-822-1064
    tjs@legalhelpers.com
    Attorneys for Plaintiff

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2008, I served Defendant with a copy of the foregoing REQUEST TO ISSUE SUMMONS by depositing a copy of the same in the United States Mail, addressed as follows:

Credit Protection Association, LP
13355 Noel Road, Ste. 2100
Dallas, TX 75240

s/Timothy J. Sostrin

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.         ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                                                                DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and complaint was made by me [(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    _____

    _____

    G  Other (specify): _____

    _____

    _____

| **STATEMENT OF SERVICE FEES** | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| **DECLARATION OF SERVER** |
|---|
|     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. <br><br>     Executed on _____    _____ <br>                      Date          *Signature of Server* <br><br>                                   _____ <br>                                   *Address of Server* |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.